United States District Court
Southern District of Texas
**ENTERED**
August 26, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHARLES HARMON, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 3:20-cv-00021 |
| SHELL OIL COMPANY, *et al.*, | |
| *Defendants*. | |

### ORDER DISMISSING INDIVIDUAL DEFENDANTS AS DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the parties' stipulation, the actions against Defendants Cynthia A.P. Deere, Scott G. Ballard, Paul Goodfellow, Rhoman J. Hardy, Eileen M. Perillo, Christopher B. Rice, Susan M. Ward, Glenn T. Wright and all other unknown plan administrators and trustees of the Shell Provident Fund from 2014 until present are dismissed without prejudice and they are hereby terminated as defendants in this action.

So Ordered on this  26th  day of    August   , 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1