United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHARLES HARMON, et al., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:20-cv-00021 |
| SHELL OIL COMPANY, et al., | § § | |
| Defendants. | § § § | |

Pending before the Court is the Shell Defendants' Consent Motion to Extend the Parties' Deadline to File Proposed Findings of Fact and Conclusions of Law (the "Motion") (ECF No. 335). Having considered the Motion, the Court is of the opinion that the Motion (ECF No. 335) should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the deadline for the parties to file their respective Proposed Findings of Fact and Conclusions of Law shall be January 27, 2026.

SIGNED on Galveston Island this 23rd day of January, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

4